# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ROBERT L. ELWELL,

    Plaintiff,

v.                                  CASE NO. 4:16cv748-RH/CAS

OFFICER NORMAN COCHRAN, JR.
AND CAPTAIN J.S. CLARK,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. The plaintiff has filed a notice, ECF No. 9, perhaps intended as an objection to the report and recommendation. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on May 1, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge